| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) MOODY, JR., JAMES S | 2. Court or Organization U.S.Dist.Ct.Middle Dist.FL | 3. Date of Report 6/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Dist. Ct. Judge (Active) | 5. ReportType (check appropriate type) ○ Nomination.   Date ○ Initial   ● Annual   ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address U. S. District Court 801 North Florida Avenue #13A Tampa, FL 33602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____  Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Custodian (bank account) | for others |
| 2. Director | Florida Blue Key Advisory Board (University of Florida) |
| 3. Director | Hillsborough County Bar Foundation |
| 4. Personal Representative | Estate of ▮ |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 02-02-76 | Trinkle, Redman Profit Sharing Plan - retirement account with former firm, no control, no participation in profits of firm. Amended 03-01-00. |

RECEIVED JUN 22 11:04 AM '04 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 6/15/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 6/15/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 6/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. SUN TRUST ACCOUNTS | | | | | | | | | |
| 2. – Individual checking | A | Interest | J | T | | | | | |
| 3. – McIntosh Road | A | Interest | J | T | | | | | |
| 4. – ███ Checking | A | Interest | J | T | | | | | |
| 5. – ███ Savings | A | Interest | J | T | | | | | |
| 6. EDWARD JONES ACCOUNTS | | | | | | | | | |
| 7. – Polk County, FL | A | Interest | J | T | | | | | |
| 8. – Individual | B | Interest | J | T | | | | | |
| 9. – Estate | B | Interest | J | T | | | | | |
| 10. – ███████ | A | Interest | J | T | | | | | |
| 11. – ████ Beach) | A | Interest | J | T | | | | | |
| 12. – ███ Condo | A | Interest | J | T | | | | | |
| 13. – Custodian #1 | B | Interest | L | T | | | | | |
| 14. – Custodian #2 | A | Interest | J | T | | | | | |
| 15. T. ROWE PRICE FUND (Deferred comp) | B | Dividend | K | T | | | | | |
| 16. GREAT WESTERN (Washington Mutual Bank) | B | Dividend | K | T | | | | | |
| 17. BANK AMERICA STOCK | E | Dividend | O | T | | | | | |
| 18. GEO THERMAL STOCK | | None | P3 | W | | | | | |

1. Income/Gain Codes:    A = $1.000 or less    B = $1,001-$2,500    C = $2.501-$5.000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100.001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,001-500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 6/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. DISNEY | A | Dividend | J | T | | | | | |
| 20. DELL | A | Dividend | J | T | | | | | |
| 21. CARNIVAL | A | Dividend | J | T | | | | | |
| 22. GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 23. REAL PROPERTY | | | | | | | | | |
| 24. — Diamond Hill, Valrico, FL | A | Rent | K | W | | | | | |
| 25. -- Polk County, FL | A | Rent | M | W | | | | | |
| 26. — Franklin Street, Plant City, FL | A | Rent | L | W | | | | | |
| 27. — Condo, Longboat Key, FL | D | Rent | M | W | | | | | |
| 28. -- Condo, Tampa | | None | M | W | | | | | |
| 29. -- Rental property, McIntosh, Hillsborough Co., FL | D | Rent | N | W | | | | | |
| 30. -- Property #1, Calo, NC | | None | O | W | | | | | |
| 31. -- Property #2, Celo, NC | | None | K | W | | | | | |
| 32. — Property #3, Highlands, NC | | None | K | W | | | | | |
| 33. -- Rental property, Plant City, FL | C | Rent | N | W | | | | | |
| 34. INVESTMENT PARTNERSHIP | F | Dividend | P1 | T | | | | | |
| 35. — Bank of America stock | | | | | | | | | |
| 36. — Bank of Granite stock | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,000-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 6/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. — Carolina Bank stock | | | | | | | | | |
| 38. — Coastal Financial stock | | | | | | | | | |
| 39. — Colonial Bancgroup stock | | | | | | | | | |
| 40. — First Tennessee stock | | | | | | | | | |
| 41. -- Mead Westvaco stock | | | | | | | | | |
| 42. — SunTrust stock | | | | | | | | | |
| 43. -- Wachovia stock | | | | | | | | | |
| 44. — Duke Energy stock | | | | | Buy | 2002 | K | | |
| 45. -- Xerox stock | | | | | | | | | |
| 46. — Altria Group stock | | | | | Buy | 08/18 | K | | |
| 47. — Dell stock | | | | | | | | | |
| 48. -- Bristol Myers Squibb stock | | | | | Buy | 07/23 | K | | |
| 49. -- General Electric stock | | | | | | | | | |
| 50. -- Pfizer stock | | | | | Buy | 2002 | L | | |
| 51. — Lucent Tech stock | | | | | | | | | |
| 52. — Schering Plough stock | | | | | Buy | 08/04 | K | | |
| 53. EDWARD JONES IRA | A | Interest | J | T | | | | | |
| 54. -- Bank America stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 6/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. PROFIT SHARING RETIREMENT ACCT (Trinkle, Redman) | A | None | J | T | | | | | 1 parcel of real estate not yet |
| 56. EDWARD JONES RETIREMENT ACCOUNT | A | Dividend | M | T | | | | | |
| 57. -- American Growth Fund of America | | | | | | | | | |
| 58. -- American New Perspective | | | | | | | | | |
| 59. -- American Washington Mutual Investors | | | | | | | | | |
| 60. -- American New Economy | | | | | | | | | |
| 61. -- American Smallcap World | | | | | | | | | |
| 62. TRUST #1 | E | Dividend | P1 | T | | | | | |
| 63. -- Amsouth stock | | | | | | | | | |
| 64. -- Bank of America stock | | | | | | | | | |
| 65. -- Coca Cola stock | | | | | | | | | |
| 66. -- Coastal Financial stock | | | | | | | | | |
| 67. -- Compass stock | | | | | | | | | |
| 68. -- Energizer stock | | | | | | | | | |
| 69. -- First Tennessee stock | | | | | | | | | |
| 70. -- General Electric | | | | | | | | | |
| 71. -- Motorola stock | | | | | | | | | |
| 72. -- Ralcorp Holdings stock | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| | | P = Cost (Real Estate Only) | = Assessment | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 6/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. -- SouthTrust stock | | | | | | | | | |
| 74. — SunTrust stock | | | | | | | | | |
| 75. — Wachovia stock | | | | | | | | | |
| 76. ACCOUNTS | | | | | | | | | |
| 77. — #200 | B | Dividend | K | T | | | | | |
| 78. -- #201 | A | Interest | J | T | | | | | |
| 79. — #202 | A | Interest | J | T | | | | | |
| 80. — #203 | A | Interest | J | T | | | | | |
| 81. — #204 | A | Interest | J | T | | | | | |
| 82. ACCOUNTS | | | | | | | | | |
| 83. — #300 | A | Interest | J | T | | | | | |
| 84. -- #301 | A | Interest | J | T | | | | | |
| 85. -- #302 | A | Interest | J | T | | | | | |
| 86. — #303 | A | Interest | J | T | | | | | |
| 87. REAL PROPERTY #1, Gainesville, FL | C | Rent | L | W | | | | | |
| 88. LTD. PARTNERSHIP REAL PROPERTY, Tampa, FL | A | Rent | O | W | | | | | |
| 89. MORTGAGE REC. #1, Davenport, FL | C | Interest | L | T | | | | | |
| 90. MORTGAGE REC. #2, Wimauma, FL | C | Interest | L | T | | | | | |

1. Income/Gain Codes:        A  = $1,000 or less        B  = $1,001-$2,500        C  = $2,501-$5,000        D  = $5,001-$15,000        E  = $15,001-$50,000
(See Columns B1 and D4)    F  = $50,001-$100,000    G  = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:        J  = $15,000 or less        K  = $15,001-$50,000        L  = $50,001-$100,000        M  = $100,001-$250,000
(See Columns C1 and D3)    N  = $250,000-$500,000    O  = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes:    Q  = Appraisal    R  = Cost (Real Estate Only)    S  = Assessment    T  = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 6/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. SOUTHTRUST STOCK | A | Dividend | J | T | | | | | |
| 92. SUNTRUST STOCK | A | Dividend | J | T | | | | | |
| 93. SC TRUST #3 | A | Dividend | P1 | T | | | | | |
| 94. -- AmSouth stock | | | | | | | | | |
| 95. -- Bank of America stock | | | | | | | | | |
| 96. -- Bank of Granite stock | | | | | | | | | |
| 97. -- Bank South Carolina stock | | | | | Trust dist. | 01/01 | J | | J.M.Trust #3 |
| 98. -- Coastal Financial stock | | | | | | | | | |
| 99. -- Dell Computer stock | | | | | Trust dist. | 01/01 | J | | J.M.Trust #3 |
| 100. -- FNB Corp. stock | | | | | | | | | |
| 101. -- First Tennessee stock | | | | | Trust dist. | 01/01 | J | | J.M.Trust #3 |
| 102. -- Hewlett Packard | | | | | Trust dist. | 01/01 | J | | J.M.Trust #3 |
| 103. -- Merck stock | | | | | | | | | |
| 104. -- Medco | | | | | Buy | 1996 | J | | |
| 105. -- Republic Bancshares stock | | | | | | | | | |
| 106. -- South Financial Group stock | | | | | Buy | 2001 | K | | |
| 107. -- SouthTrust stock | | | | | | | | | |
| 108. -- SunTrust stock | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $10    1-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
   (Real Estate Only)    S = Assessment    T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 6/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 109. – Wachovia stock | | | | | | | | | |
| 110. Ltd. Partnership Real Property, New Port Richey, FL | | None | N | W | | | | | |
| 111. 1/2 Lot, Highlands, NC | | None | L | W | | | | | |
| 112. Condo, North Tampa, FL | | None | L | W | | | | | |
| 113. Yancey County, NC | | None | N | W | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
P = Cost (Real Estate Only)  S = Assessment  T = Cash/Market.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MOODY, JR., JAMES S | 6/15/2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MOODY, JR., JAMES S | 6/15/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____                              Date _16 June 04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 Rev: 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
|---|---|---|

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics in Government Act of 1978

(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MOODY, JR., JAMES S | U.S.Dist.Ct.Middle Dist.FL | 4/7/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Dist. Ct. Judge (Active) | ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 1/1/2003 to 12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U. S. District Court 801 North Florida Avenue #13A Tampa, FL 33602 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian (bank account) | for others |
| 2. | Director | Florida Blue Key Advisory Board (University of Florida) |
| 3. | Director | Hillsborough County Bar Foundation |
| 4. | Personal Representative | Estate of ▇▇▇▇ |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 02-02-76 | Trinkle, Redman Profit Sharing Plan - retirement account with former firm, no control, no participation in profits of firm. Amended 03-01-00. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 4/7/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   SUN TRUST ACCOUNTS | | | | | | | | | |
| 2.     -- Individual checking | A | Interest | J | T | | | | | |
| 3.     -- McIntosh Road | A | Interest | J | T | | | | | |
| 4.     -- Joint Checking | A | Interest | J | T | | | | | |
| 5.     -- Joint Savings | A | Interest | J | T | | | | | |
| 6.   EDWARD JONES ACCOUNTS | | | | | | | | | |
| 7.     -- Polk County, FL | A | Interest | J | T | | | | | |
| 8.     -- Individual | B | Interest | J | T | | | | | |
| 9.     -- Estate | B | Interest | J | T | | | | | |
| 10.     -- Joint ▇▇▇ | A | Interest | J | T | | | | | |
| 11.     -- Joint ▇▇▇ | A | Interest | C | T | | | | | |
| 12.     -- Joint Condo | A | Interest | J | T | | | | | |
| 13.     -- Custodian #1 | B | Interest | L | T | | | | | |
| 14.     -- Custodian #2 | A | Interest | J | T | | | | | |
| 15.   T. ROWE PRICE FUND  (Deferred comp) | B | Dividend | K | T | | | | | |
| 16.   GREAT WESTERN    (Washington Mutual Bank) | B | Dividend | K | T | | | | | |
| 17.   BANK AMERICA STOCK | E | Dividend | O | T | | | | | |
| 18.   GEO THERMAL STOCK | | None | P3 | W | | | | | |

1. Income/Gain Codes:     A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 4/7/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. DISNEY | A | Dividend | J | T | | | | | |
| 20. DELL | A | Dividend | J | T | | | | | |
| 21. CARNIVAL | A | Dividend | J | T | | | | | |
| 22. GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 23. REAL PROPERTY | | | | | | | | | |
| 24. — ▮▮▮▮ Valrico, FL | A | Rent | K | W | | | | | |
| 25. — Polk County, FL | A | Rent | M | W | | | | | |
| 26. — Franklin Street, Plant City, FL | A | Rent | L | W | | | | | |
| 27. — Condo, Longboat Key, FL | D | Rent | M | W | | | | | |
| 28. — Condo, Tampa | | None | M | W | | | | | |
| 29. — Rental property, Wimauma, FL | D | Rent | L | T | Sold | 01/02 | L | G | |
| 30. — Rental property, ▮▮▮▮ Hillsborough Co., FL | D | Rent | N | W | | | | | |
| 31. — Property #1, Celo, NC | | None | O | W | | | | | |
| 32. — Property #2, Celo, NC | | None | K | W | | | | | |
| 33. — Property #3, Highlands, NC | | None | K | W | | | | | |
| 34. — Rental property, Plant City, FL | C | Rent | N | W | | | | | |
| 35. INVESTMENT PARTNERSHIP | F | Dividend | P1 | T | | | | | |
| 36. — Bank of America stock | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 4/7/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. -- Bank of Granite stock | | | | | | | | | |
| 38. -- Carolina Bank stock | | | | | | | | | |
| 39. -- Coastal Financial stock | | | | | | | | | |
| 40. -- Colonial Bancgroup stock | | | | | | | | | |
| 41. -- First Tennessee stock | | | | | | | | | |
| 42. -- Mead Westvaco stock | | | | | | | | | |
| 43. -- SunTrust stock | | | | | | | | | |
| 44. -- Wachovia stock | | | | | | | | | |
| 45. -- Duke Energy stock | | | | | Buy | 2002 | K | | |
| 46. -- Xerox stock | | | | | | | | | |
| 47. -- Altria Group stock | | | | | Buy | 08/18 | K | | |
| 48. -- Dell stock | | | | | | | | | |
| 49. -- Bristol Myers Squibb stock | | | | | Buy | 07/23 | K | | |
| 50. -- General Electric stock | | | | | | | | | |
| 51. -- Pfizer stock | | | | | Buy | 2002 | L | | |
| 52. -- Lucent Tech stock | | | | | | | | | |
| 53. -- Schering Plough stock | | | | | Buy | 08/04 | K | | |
| 54. EDWARD JONES IRA | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 4/7/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. -- Bank America stock | A | Dividend | J | T | | | | | |
| 56. PROFIT SHARING RETIREMENT ACCT (Trinkle, Redman) | A | None | J | T | | | | | 1 parcel of real estate not yet |
| 57. EDWARD JONES RETIREMENT ACCOUNT | A | Dividend | M | T | | | | | |
| 58. -- American Growth Fund of America | | | | | | | | | |
| 59. -- American New Perspective | | | | | | | | | |
| 60. -- American Washington Mutual Investors | | | | | | | | | |
| 61. -- American New Economy | | | | | | | | | |
| 62. -- American Smallcap World | | | | | | | | | |
| 63. CUSTODIAN ACCOUNT, SUNTRUST | A | Interest | J | T | Closed | 2002 | | | Transferred to Edward Jones |
| 64. TRUST #1 | E | Dividend | P1 | T | | | | | |
| 65. -- Amsouth stock | | | | | | | | | |
| 66. -- Bank of America stock | | | | | | | | | |
| 67. -- Coca Cola stock | | | | | | | | | |
| 68. -- Coastal Financial stock | | | | | | | | | |
| 69. -- Compass stock | | | | | | | | | |
| 70. -- Energizer stock | | | | | | | | | |
| 71. -- First Tennessee stock | | | | | | | | | |
| 72. -- General Electric | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | V = Other | W = Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 4/7/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. -- Motorola stock | | | | | | | | | |
| 74. -- Ralcorp Holdings stock | | | | | | | | | |
| 75. -- SouthTrust stock | | | | | | | | | |
| 76. -- SunTrust stock | | | | | | | | | |
| 77. -- Wachovia stock | | | | | | | | | |
| 78. ACCOUNTS | | | | | | | | | |
| 79. -- #200 | B | Dividend | K | T | | | | | |
| 80. -- #201 | A | Interest | J | T | | | | | |
| 81. -- #202 | A | Interest | J | T | | | | | |
| 82. -- #203 | A | Interest | J | T | | | | | |
| 83. -- #204 | A | Interest | J | T | | | | | |
| 84. ACCOUNTS | | | | | | | | | |
| 85. -- #300 | A | Interest | J | T | | | | | |
| 86. -- #301 | A | Interest | J | T | | | | | |
| 87. -- #302 | A | Interest | J | T | | | | | |
| 88. -- #303 | A | Interest | J | T | | | | | |
| 89. REAL PROPERTY #1, Gainesville, FL | C | Rent | L | W | | | | | |
| 90. LTD. PARTNERSHIP REAL PROPERTY, Tampa, FL | A | Rent | O | W | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 4/7/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. MORTGAGE REC. #1, Davenport, FL | C | Interest | L | T | | | | | |
| 92. MORTGAGE REC. #2, Wimauma, FL | C | Interest | L | T | | | | | |
| 93. SOUTHTRUST STOCK | A | Dividend | J | T | | | | | |
| 94. SUNTRUST STOCK | A | Dividend | J | T | | | | | |
| 95. SC TRUST #3 | A | Dividend | P1 | T | | | | | |
| 96. -- AmSouth stock | | | | | | | | | |
| 97. -- Bank of America stock | | | | | | | | | |
| 98. -- Bank of Granite stock | | | | | | | | | |
| 99. -- Bank South Carolina stock | | | | | Trust dist. | 01/01 | J | | J.M. Trust #3 |
| 100. -- Coastal Financial stock | | | | | | | | | |
| 101. -- Dell Computer stock | | | | | Trust dist. | 01/01 | J | | J.M. Trust #3 |
| 102. -- FNB Corp. stock | | | | | | | | | |
| 103. -- First Tennessee stock | | | | | Trust dist. | 01/01 | J | | J.M. Trust #3 |
| 104. -- Hewlett Packard | | | | | Trust dist. | 01/01 | J | | J.M. Trust #3 |
| 105. -- Merck stock | | | | | | | | | |
| 106. -- Medco | | | | | Buy | 1996 | J | | |
| 107. -- Republic Bancshares stock | | | | | | | | | |
| 108. -- South Financial Group stock | | | | | Buy | 2001 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 4/7/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 109. — SouthTrust stock | | | | | | | | | |
| 110. — SunTrust stock | | | | | | | | | |
| 111. — Wachovia stock | | | | | | | | | |
| 112. JM TRUST #3 | B | Dividend | N | T | Distributed | 2001 | N | G | SC.Trust #3 |
| 113. Ltd. Partnership Real Property, New Port Richey, FL | | None | N | W | | | | | |
| 114. Lot, Highlands, NC | | None | L | W | | | | | |
| 115. Condo, North Tampa, FL | | None | L | W | | | | | |
| 116. Yancey County, NC | | None | N | W | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
  U = Book Value  V = Other  W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date \_7 April 04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544